TROUTMAN SANDERS LLP
Anna Jane I. Zarndt
Nevada Bar Number 10809
annajane.zarndt@troutmansanders.com
222 Central Park Avenue, STE 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7753
Facsimile: (757) 687-7510

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GARYOPIO K. REVUELTO, an individual, and TANYA L. REVUELTO, an individual<br><br>Plaintiffs,<br><br>v.<br><br>CREDIT ACCEPTANCE CORPORATION, a Foreign Corporation, EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation,<br><br>Defendants. | Case No. 2:19-cv-00112<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiffs GARYOPIO K. REVUELTO and TANYA L. REVUELTO ("Plaintiffs"), by and through their counsel, and Defendant CREDIT ACCEPTANCE CORPORATION ("Credit Acceptance"), by and through its counsel, agree and stipulate as follows:

IT IS HEREBY STIPULATED that Credit Acceptance shall have up to and including **March 15, 2019** within which to file its response to Plaintiff's

Complaint filed on January 18, 2019:

1. Credit Acceptance was served on January 23, 2019 and its Answer is currently due February 13, 2018.

2. Since Credit Acceptance was served, the Parties are investigating the claims in the Complaint so as to be able to engage in settlement discussions.

3. The Parties expect to determine within the next few weeks whether this action can be resolved at this early stage.

4. This is the first stipulation for an extension of time to respond to the Complaint, and this request is not being made for purposes of delay or any other improper reason.

STIPULATED and AGREED to this 1st day of February 2019.

*/s/ Anna Jane I. Zarndt*
Anna Jane I. Zarndt
Nevada Bar Number 10809
TROUTMAN SANDERS LLP
annajane.zarndt@troutmansanders.com
222 Central Park Avenue, STE 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7753
Facsimile: (757) 687-7510

*Counsel for Defendant Credit Acceptance Corporation*

*/s/ Erik W. Fox*
Erik W. Fox, Esq.
Cogburn Law Offices
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Phone: (702) 748-7777
FAX: (702) 966-3880
EWF@cogburnlaw.com

*Attorney for Plaintiffs Garyopio K. Revuelto and Tanya L. Revuelto*

# **ORDER**

Based on the foregoing stipulation:

IT IS HEREBY ORDERED that Defendant Credit Acceptance Corporation shall have up to and including March 15, 2019 within which to file its response to Plaintiffs' Complaint.

DATED this __4th___ day of FEBRUARY 2019.

**IT IS SO ORDERED.**

_____
 UNITED STATES MAGISTRATE JUDGE

37785103