COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GARYOPIO K. REVUELTO, an individual, and TANYA L. REVUELTO, an individual<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT ACCEPTANCE CORPORATION, a Foreign Corporation, EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation<br><br>Defendants. | Case Number<br>2:19-cv-00112-GMN-GWF<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT CREDIT ACCEPTANCE CORPORATION WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiffs, Garyopio K. Revuelto, and Tanya L. Revuelto ("Plaintiffs") and Defendant, Credit Acceptance Corporation ("CAC"), by and

. . .

. . .

. . .

. . .

. . .

. . .

through their respective attorneys of record, that all Plaintiffs' claims asserted against CAC in the above-captioned matter shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

Dated this 7th day of May, 2019.  Dated this 7th day of May, 2019.

**COGBURN LAW OFFICES**  **TROUTMAN SANDERS LLP**

By: /s/Erik W. Fox  
Name: Jamie S. Cogburn, Esq.  
Nevada Bar No. 8409  
Erik W. Fox, Esq.  
Nevada Bar No. 8804  
2508 St. Rose Parkway, Suite 330  
Henderson, Nevada 89074  
*Attorneys for Plaintiffs*

By: /s/Anna Jane I. Zarndt  
Name: Anna Jane I. Zarndt  
Nevada Bar No. 10809  
222 Central Park Avenue, Ste. 2000  
Virginia Beach, Virginia 23462  
*Attorney for Defendant, Credit Acceptance Corporation*

**IT IS SO ORDERED.**

DATED this __7__ day of May, 2019.

_____  
Gloria M. Navarro, Chief Judge  
UNITED STATES DISTRICT COURT