COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GARYOPIO K. REVUELTO, an individual, and TANYA L. REVUELTO, an individual<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT ACCEPTANCE CORPORATION, a Foreign Corporation, EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation<br><br>Defendants. | Case Number<br>2:19-cv-00112-GMN-GWF<br><br><br><br><u>**STIPULATION OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE**</u> |

IT IS HEREBY STIPULATED by and between Plaintiffs, Garyopio K. Revuelto and Tanya L. Revuelto ("Plaintiffs") and Defendant, Experian Information Solutions, Inc. ("Experian"), by and through their respective attorneys of record, that all Plaintiff's claims asserted

. . .

. . .

. . .

. . .

against Experian in the above-captioned matter shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

Dated this 6th day of August, 2019.                    Dated this 6th day of August, 2019.

**COGBURN LAW**                                        **NAYLOR & BRASTER**


By:     */s/Erik W. Fox*                               By:     */s/Andrew J. Sharples*
Name:   Jamie S. Cogburn, Esq.                         Name:   Jennifer L. Braster, Esq.
        Nevada Bar No. 8409                                    Nevada Bar No. 9982
        Erik W. Fox, Esq.                                      Andrew J. Sharples, Esq.
        Nevada Bar No. 8804                                    Nevada Bar No. 12866
        2580 St. Rose Parkway, Suite 330                       1050 Indigo Drive, Suite 200
        Henderson, Nevada 89074                                Las Vegas, NV 89145
        *Attorneys for Plaintiffs*                             *Attorneys for Experian Information
                                                               Solutions, Inc.*


**IT IS SO ORDERED.**

DATED this 14 day of August, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT